# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

CRAIG CUNNINGHAM,

Plaintiff,

v.

ENAGIC USA, INC., PETER POZELI, TERRY COLLINS, RICK FREEMAN, ANGELA LINER, CHRISTIAN KINNEY, And DOES 1-10,

Defendant.

Case No. 3:15-CV-00847

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for ENAGIC USA, INC. hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the WESTERN DISTRICT OF KENTUCKY. Attached is a Certificate of Good Standing from that Court.

s/Katrina Dannheim

Signature

Name: Katrina Dannheim

Address: STITES & HARBISION, PLLC

Address: 400 West Market Street, Suite 1800

Address: Louisville, KY 40202-3352

Phone: (502) 681-0429

Email: kdannheim@stites.com

**\*\*FEE: $75.00**
(*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 21 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

\* \* \* INCLUDE A CERTIFICATE OF SERVICE \* \* \*

# STITES & HARBISON PLLC
### ATTORNEYS

RECEIVED
IN CLERK'S OFFICE
SEP 2 4 2015
U.S. DISTRICT COURT
MID. DIST. TENN.

SunTrust Plaza
401 Commerce Street
Suite 800
Nashville, TN 37219
[615] 782-2200
[615] 782-2371 Fax

Jennifer C. Stone
615-782-2249
615-742-0726 FAX
jstone@stites.com

September 22, 2015

**VIA U.S. MAIL**

U.S. District Court Clerk
United States District Court
801 Broadway, Room 800
Nashville, TN 37203

    RE:  **Craig Cunningham v. Enagic USA, Inc., et al.**
           **Case No. 3:15-cv-00847, USDC, Middle District of Tennessee at Nashville**

Dear Clerk:

Enclosed is a Motion for Admission *Pro Hac Vice* and Certificate of Good Standing for Katrina Dannheim along with a check in the amount of $75.00.

Thank you.

                                        Sincerely,

                                        Jennifer C. Stone
                                        Paralegal

JCS:jcs

Enclosures

cc:    Katrina Dannheim, Esq. (via Email)
        J. Anne Tipps, Esq. (via Email)

**STITES&HARBISON** PLLC
ATTORNEYS

SunTrust Plaza
401 Commerce Street
Suite 800
Nashville, TN 37219

RECEIVED
IN CLERK'S OFFICE

SEP 24 2015

U.S. DISTRICT COURT
MID. DIST. TENN.

neopost
09/23/2015
US POSTAGE
$00.48

FIRST-CLASS MAIL

ZIP 37219
041L41236082

US DISTRICT COURT CLERK
UNITED STATES DISTRICT COURT
801 BROADWAY ROOM 800
NASHVILLE TN 37203