# CERTIFICATE OF SERVICE

I do hereby certify that on this the 2nd day of October 2015, this *Certificate of Service* for the *Motion for Admission Pro Hac Vice of Katrina Dannheim* was filed electronically with the Clerk of Court using the CM/ECF system and served via the Court's CM/ECF system and/or by U.S. Mail, postage prepaid, upon:

Served via U.S. Mail:
Craig Cunningham
5543 Edmondson Pike, Ste. 248
Nashville, TN 37211

*Plaintiff Pro Se*


Peter Polselli
50 Danes Street
Patchoque, NY 11772

*Defendant Pro Se*


                                                              s/ J. Anne Tipps