United States District Multi-District Litigation
Northern District of West Virginia

)   Craig Cunningham
)   Plaintiff, Pro-se
)
)         v.         Civ Action      3:15-cv-00847
)
) Enagic USA, Inc, Peter Polselli, Terry Collins, Rick Freeman, Angela Liner, Christian Kinney, The 7 Figure wealth Corporation, Corazon Management Group, Inc., Jeffrey Howard, Susie Tremblay-Brown, Peter Wolfing, Multiplex systems Inc., and John/Jane Doe's 1-10
)   Defendants.

### Plaintiff's Agreed Motion for an extension of time

1. To the Honorable US District Court:
2. The Plaintiff requests an additional 14 days to respond to Defendant Enagic's motion to dismiss.
3. The Plaintiff has conferred with the Attorney for Defendant Enagic and they stated they did not oppose the Plaintiff's extension of time.
4. The Plaintiff requests a response deadline of October 30, 2015.
5. For the foregoing reasons, the Plaintff requests the court grant a short extension of time to respond to the Defendant's motion to dismiss by October 30, 2015.

Craig Cunningham, Plaintifff, Pro-se
5543 Edmondson Pike, ste 248
Nashville, TN 37211
10/15/2015

United States District Multi-District Litigation
Northern District of West Virginia

)   Craig Cunningham
)   Plaintiff, Pro-se
)
)        v.            Civ Action    3:15-cv-00847
)
)
) Enagic USA, Inc, Peter Polselli, Terry Collins, Rick Freeman, Angela Liner, Christian Kinney, The 7 Figure wealth Corporation, Corazon Management Group, Inc., Jeffrey Howard, Susie Tremblay-Brown, Peter Wolfing, Multiplex systems Inc., and John/Jane Doe's 1-10
)   Defendants.

**Plaintiff's Certificate of Service**

I hereby certify that on 10/15/2015, the foregoing was sent via USPS First class mail to:

Peter Polselli, 50 Danes Street, Patchogue, NY 11772

Enagic via counsel Katrina Dannheim, Sities & Harbision, PLLC, 400 West Market Street, ste 1800, Louisville, KY 40202.

Oscar Christian Kinney, 29326 Turnbury Village Dr., Spring, Tx 77386

Jeff Howard and the Corazon Management Group, Inc. 5348 Vegas Dr., Las Vegas, NV 89108

Susie Tremblay-Brown, 925 Lakeville Street, #233, Petaluma, CA 94952

Peter Wolfing and Multiplex Systems, Inc., 175 E. 96th Street, Apt 18G, New York, New York 10128.

*[signature]* plaintiff, Pro Se

5543 Edmondson Pike ste 248
Nashville, TN 37211
10-15-2015

## United States District Multi-District Litigation
## Northern District of West Virginia

)   Craig Cunningham  
)   Plaintiff, Pro-se  
)  
)       v.           Civ Action   3:15-cv-00847  
)  
) Enagic USA, Inc,Peter Polselli, Terry Collins, Rick Freeman, Angela Liner, Christian Kinney, The 7 Figure wealth Corporation,Corazon Management Group, Inc., Jeffrey Howard, Susie Tremblay-Brown, Peter Wolfing, Multiplex systems Inc., and John/Jane Doe's 1-10  
)   Defendants.

### ORDER

On the foregoing motion for an extension of time, the Motion is hereby Granted/Denied.

_____  
Judge

_____  
Date