# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| Craig Cunningham | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:15-cv-00847 |
| Enagic et al | ) | |
| | ) | |
| *Defendant(s)* | ) | |

RECEIVED IN CLERK'S OFFICE
OCT 19 2015
U.S. DISTRICT COURT
MID. DIST. TENN.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Susie Tremblay-Brown
925 Lakeville Street #233
Petaluma, CA 94952

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Craig Cunningham
5543 Edmondson Pike ste 248
Nashville, TN 37211
615-348-1977

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 2 2 2015

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:15-cv-00467

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Susie Tremblay-Brown**
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: **Served via USPS CMRRR**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **10-14-15**

*Server's signature*

**Maricel Forteza**
*Printed name and title*

**5543 Edmondson Pike stee 248**
**Nashville, TN 37211**

*Server's address*

Additional information regarding attempted service, etc:

Case 3:15-cv-00847   Document 26   Filed 10/19/15   Page 2 of 3 PageID #: 133

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Susie Tremblay-Brown
925 Lakeville St #233
Petaluma, CA 94952

2. Article Number
   (Transfer from service label)    7015 0920 0001 3881 4346

PS Form 3811, July 2013          Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Matt Tyler        ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   Matt Tyler                        1/26

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail®      ☐ Priority Mail Express™
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes