IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **CRAIG CUNNINGHAM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 3:15-cv-00847** |
| | ) | |
| v. | ) | **Judge Nixon** |
| | ) | **Magistrate Judge Holmes** |
| **ENAGIC USA, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Pending before the Court is Defendant Enagic USA, Inc.'s Motion for Admission Pro Hac Vice ("Motion"), in which Defendant requests the Court grant attorney Katrina Dannheim permission to appear on its behalf. (Doc. No. 14.) In accordance with Local Rule 83.01(d)(1), Ms. Dannheim has submitted the proper documentation demonstrating that she is admitted to practice law in the U.S. District Court for the Western District of Kentucky and is in good standing as a member of the Bar of that court. (Doc. No. 14-1.) Accordingly, Defendant's Motion is **GRANTED**.

It is so ORDERED.

Entered this 21st day of October, 2015.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT