SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- A[ttach this card to the back of the mail]piece, o[r on the front if space permits.]

1. A[rticle Addressed to:]

3:15-cv-847 #30
Craig Cunningham
5543 Edmondson Pike
Suite 248
Nashville, TN 37211

9590 9401 0110 5225 9117 09

2. Article Number (Transfer from service label)
7014 1820 0000 3493 7155

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
_Rahman Amin_

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
CLERK'S OFFICE
OCT 26 2015
U.S. DISTRICT COURT
MID. DIST. TENN.

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ [Insured] Mail
☐ [Insured] Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

