)   Craig Cunningham
)   Plaintiff, Pro-se
)
)       v.          Civ Action       3:15-cv-00847
)
) Enagic USA, Inc,Peter Polselli, Terry Collins, Rick Freeman, Angela Liner,
Christian Kinney, The 7 Figure wealth Corporation,Corazon Management Group,
Inc., Jeffrey Howard, and John/Jane Doe's 1-10
)   Defendants.

## Plaintiff's Notice Regarding Service on Oscar Christian Kinney and The 7 Figure Wealth Corporation

A.  The Plaintiff in this case has attempted to serve the registered agent for The 7 Figure Wealth Corporation as well as the owner/registered agent, Oscar Christian Kinney.

B.  Oscar Christian Kinney has refused to sign for the certified mail which was sent to him and it was returned "unclaimed".

C.  Additionally, the letter sent to him at 29326 Turnbury Village Dr., Spring, Tx 77386 was returned "unclaimed". The 29326 Turnbury Village Dr., Spring Tx 77386 address is the address listed on the secretary of state website for the registered agent and the Plaintiff confirmed in a conversation with Oscar Christian Kinney that is his home address as well.

D.  By refusing to sign for certified mail, pursuant to the TN rules of civil procedure rule 4.05 (5) , service upon defendants out of state is complete when the addressee or addresse's agent refuses to accept delivery, so long as it is stated and the notation of "unclaimed" or similar notation is sufficient evidence of the defendant's refusal to accept delivery. In this case, Oscar

1

Christian Kinney refused to sign for the documents for himself and as the registered agent of The 7 Figure Wealth Corporation.

E. According to FRCP 4(e)(1), service upon an individual within a judicial district in the United States is complete if service is executed pursuant to state laws for the courts of general jurisdiction in the state of the district court.

F. The Plaintiff has attached the tracking sheets for each letter sent to the Defendant and has included the unopened letter which was returned to the Plaintiff as exhibits A and B.

G. In conclusion, by refusing to sign for the documents sent to the registered agent address listed on the Texas secretary of state website, which is also his house and ignoring the documents for 14 days at which point the USPS returned them as "unclaimed", the defendant has refused service and under Tennessee law for service of process, service is complete.

H. The Plaintiff requests the service date be notated as 08/29/2015, which is when the notice was left at the house from the USPS for an item to be picked up, according to the tracking information from the USPS, Exhibit A.

Craig Cunningham Plaintiff, Pro-se

5543 Edmondson Pike ste 248

Nashville, TN 37211

615-348-1977

09/28/2015

English        Customer Service        USPS Mobile                              Register / Sign In

 **USPS.COM** *exhibit A*

# USPS Tracking®


**Customer Service ›**
Have questions? We're h

**Get Easy Tracking Up**
Sign up for My USPS.

**Tracking Number: 70150640000638134309**

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™          Return Receipt

See tracking for related item: 9590940302175146381506

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **September 20, 2015 , 12:53 pm** | Departed USPS Facility | NASHVILLE, TN 37230 |

Your item departed our USPS facility in NASHVILLE, TN 37230 on September 20, 2015 at 12:53 pm.
The item is currently in transit to the destination.

| | | |
|---|---|---|
| September 19, 2015 , 12:10 pm | Arrived at USPS Facility | NASHVILLE, TN 37230 |
| September 17, 2015 , 1:25 pm | Departed USPS Destination Facility | NORTH HOUSTON, TX 77315 |
| September 10, 2015 , 5:08 pm | Unclaimed/Max Hold Time Expired | SPRING, TX 77380 |
| August 29, 2015 , 3:27 pm | Notice Left (No Authorized Recipient Available) | SPRING, TX 77386 |
| August 28, 2015 , 1:44 pm | Arrived at USPS Destination Facility | NORTH HOUSTON, TX 77315 |
| August 27, 2015 , 9:33 pm | Arrived at USPS Origin Facility | NTX P&DC |
| August 27, 2015 , 12:20 pm | Acceptance | DALLAS, TX 75227 |

## Available Actions

**Text Updates**

**Email Updates**

## Track Another Package

**Tracking (or receipt) number**

[                                    Track It                         ]

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**

# UNITED STATES DISTRICT COURT
### for the

Middle District of Tennessee

| | |
|---|---|
| Craig Cunningham <br><br> _Plaintiff(s)_ <br> v. <br> Enagic et al <br><br> _Defendant(s)_ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 3:15-cv-00847

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Oscar Christian Kinney
2932 6 Turnbury Village Dr.
Spring, TX 77386

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Craig Cunningham
5543 Edmondson Pike ste 248
Nashville, TN 37211
615-348-1977

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEITH THROCKMORTON**

_CLERK OF COURT_

Date: AUG 2 5 2015

_Signature of Clerk or Deputy Clerk_

# RETURN COPY

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Oscar Christian Kinney

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* See notice, served via CMRRR and service was refused by the defendant.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/28/2015

_____
*Server's signature*

Maricel Forteza
*Printed name and title*

5543 Edmondson Pike Ste 248
*Server's address*
Nashville, TN 37211

Additional information regarding attempted service, etc:





# Franchise Tax Account Status

As of: 09/28/2015 05:10:48 PM

## This Page is Not Sufficient for Filings with the Secretary of State

|  |  |
|---|---|
| **THE 7 FIGURE WEALTH CORPORATION** | |
| Texas Taxpayer Number | 32047915551 |
| Mailing Address | 29326 TURNBURY VILLAGE DR C/O CHRISTIAN KINNEY SPRING, TX 77386-7056 |
| Right to Transact Business in Texas | FRANCHISE TAX INVOLUNTARILY ENDED |
| State of Formation | TX |
| Effective SOS Registration Date | 05/09/2012 |
| Texas SOS File Number | 0801593890 |
| Registered Agent Name | OSCAR CHRISTIAN KINNEY |
| Registered Office Street Address | 29326 TURNBURY VILLAGE DR SPRING, TX 77386 |

5543 Edmondson Pike
Ste 248
Nashville, TN 37211





CERTIFIED MAIL®

7015 0640 0006 3813 4309

UNITED STATES
POSTAL SERVICE

1000                 77386

U.S. POSTAGE
PAID
DALLAS, TX
75227
AUG 27, 15
AMOUNT
**$6.96**
R2305E125272-12

Oscar Christian Kinney

2 9 3 ~ / Turnbury Village Dr

Spring

37211 05808

NIXIE      773   CE 1009      7209/17/15

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC:  37211580843     *0234-00695-27-43

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Oscar Christian Kinney
29326 Turnbury Village Dr.
Spring, TX  77386

9590 9403 0217 5146 3815 06

2. Article Number (Transfer from service label)

7015 0640 0006 3813 4309

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

♻ 100% Recycled fiber
80% Post-Consumer

**Extremely Urgent**

This envelope is for use with the following services:

UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®

Visit **ups.com®** or call **1-800-PICK-UPS®** (1-800-742-5877)
to schedule a pickup or find a drop off location near yo...

**Domestic Shipments**

· To qualify for the Letter rate, UPS Express Envelopes may only contain
correspondence, urgent documents, and/or electronic media, and must
weigh 8 oz. or less. UPS Express Envelopes containing items other than
those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**

· The UPS Express Envelope may be used only for documents of no comme...
value. Certain countries consider electronic media as documents. Visit
ups.com/importexport to verify if your shipment is classified as a docum...

· To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. o...
UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic...
containing sensitive personal information or breakable items. Do not send...
or cash equivalent.

Insert shipping documents
under window from the top.

Do not use this envelope for:

UPS Ground
UPS Standard
UPS 3 Day Select®
UPS Worldwide Expedited®

US DISTRICT COURT
801 BROADWAY
NASHVILLE TN 37203-3811

P.WHITE    S:BW2
AMIL - 6072    I:SOU
1Z750X1413406730.10    1500

CRAIG CUNNINGHAM
(615) 348-1977
STE 248
5543 EDMONSON PIKE
NASHVILLE  TN 37211-5808

SHIP CLERK
TO:  US DISTRICT COURT
801 BROADWAY

NASHVILLE  TN 37203-3804

**TN 371 9-02**

0.8 LBS
SHP WT:1 LBS    LTR 1 OF
DATE: 29 OCT 2015

UPS NEXT DAY AIR SAVER    1P
TRACKING #: 1Z 750 X14 13 4067 30.10

for more than 100 years
United Parcel Service.






International Shipping Notice— Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or
the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

010195103  4/14  PAC United Parcel Service