United States District Court
Middle District of Tennessee

**FILED**

NOV 02 2015  DB

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

)  Craig Cunningham
)  Plaintiff, Pro-se
)
)        v.        Civ Action    3:15-cv-00847
)
) Enagic USA, Inc, et al
)  Defendants.

## Plaintiff's Motion for Leave to Amend his Complaint

1. The Plaintiff hereby requests leave to amend is complaint before the court. The Plaintiff has identified additional responsible parties and has corrected the previous deficiencies in his complaint.

2. The Plaintiff has included a proposed amended complaint as an attachment

Craig Cunningham
Plaintiff, Pro-se
5543 Edmondson Pike, ste 248
Nashville, TN 37211
11/2/2015
615-348-1977

# United States District Court
## Middle District of Tennessee

)   Craig Cunningham  
)   Plaintiff, Pro-se  
)  
)       v.          Civ Action   3:15-cv-00847  
)  
) Enagic USA, Inc,  
)   Defendants.

## Order

On the Plaintiff's Motion for leave, the foregoing motion is Granted/Denied

_____Judge

_____Date