United States District Court
Middle District of Tennessee

) Craig Cunningham
) Plaintiff, Pro-se
)
) v.  Civ Action  3:15-cv-00847
)
) Enagic USA, Inc, et al
)   Defendants.

**Plaintiff's Affidavit in Support of his Amended Complaint.**

1. My name is Craig Cunningham, and I am the Plaintiff in this case. I have never been convicted of a felony or crime of moral turpitude. I am making this affidavit in support of the Plaintiff's Amended Complaint regarding the elements of prior express consent to recieve calls initiated by an automated telephone dialing system as defined by the TCPA 47 USC 227 or calls with pre-recorded messages from Defendant Enagic or any of its agents/employees.

2. I never authorized anyone from Enagic or any of its distributors, employees, agents, contractors, any related company or anyone named in the complaint to place phone calls to my cell phone or any other phone number using an automated telephone dialing system or pre-recorded message.

3. All calls made to me by Enagic or any of its agents were without my consent or prior express permission.

4. Furthermore, I have no idea where these individuals and Enagic obtained my phone number, as I never gave it to them for any purpose.

I swear under the penalty of perjury that the foregoing is true and correct.

Craig Cunningham
Plantiff, Pro-se
5543 Edmondson Pike, ste 248
Nashville, TN 37211
10/29/2015

# United States District Court
# Middle District of Tennessee

)    Craig Cunningham  
)    Plaintiff, Pro-se  
)  
)        v.      Civ Action    3:15-cv-00847  
)  
) Enagic USA, Inc,  
)    Defendants.

## Plaintiff's Alleged telephone calls

| Phone Contents | Caller ID/Dialing Phone # | Date | Time | Called # | Name given | |
|---|---|---|---|---|---|---|
| Brian Kaplan call regarding Enagic | 303-800-6458 | 10/19/2015 | / 09:01 | 615-212-9191 | Brian Kaplan | |
| Live Call from Brian about Enagic | Unknown | 10/19/2015 | / 15:48 | 615-212-9191 | Brian Kaplan | |
| Rick calling from Enagic about buying a machine | 770-778-4276 | 07/06/2015 | / 15:37 | 615-212-9191 | Rick Freeman | |
| Rick calling from Enagic about being #1 in United states and #12 worldwide, refers to previous voice broadcast | 770-778-4276 | 07/22/2015 | / 11:56 | 615-212-9191 | Rick Freeman | |
| Rick calling from Enagic about being #1 in United states and #12 worldwide, asks Plaintiff to buy Enagic machine, talks about Terry Collins obtaining leads | 770-778-4276 | 07/27/2015 | / 19:36 | 615-212-9191 | Rick Freeman | |
| Call from Rick Freeman soliciting the Plaintiff to buy Enagic product | 770-778-4276 | 09/21/2015 | / 15:49 | 615-212-9191 | Rick Freeman | |
| Rick calling from Enagic to buy a machine to join his team and a conference call | 770-778-4276 | 09/22/2015 | / 11:47 | 615-212-9191 | Rick Freeman | |
| Rick calls again asking if I had any questions, asks if I am ready to join their Enagic team and buy a machine | 770-778-4276 | 10/29/2015 | / 14:48 | 615-212-9191 | Rick Freeman | |
| Rick calling from Enagic to buy a machine, talks about team victory website and E-book, talks about pre-recorded messages and noupfrontmoney.com, talks about how Enagic approved use of cold-calling tool from phone burner | 770-778-4276 | 10/29/2015 | / 11:11 | 615-212-9191 | Rick Freeman | |
| Rick calling from Enagic to buy a machine, talks about automated dialing system and | 770-778-4276 | 10/06/2015 | / 14:59 | 615-212-9191 | Rick Freeman | |

| Description | Phone | Date | Time | Called # | Caller | |
|---|---|---|---|---|---|---|
| cold calling telemarketing vs recording | | | | | | |
| SSM call coach dave | 480-454-8281 | 09/16/2015 | / 17:32 | 615-212-9191 | Robocall from coach dave | |
| Secret success machine call from Dave, live | 331-220-0308 | 09/16/2015 | / 17:04 | 615-212-9191 | coach dav | |
| Missed call on behalf of Enagic | 303-9270615 | 08/18/2015 | / 15:41 | 615-212-9191 | Brian Kaplan | |
| Missed call on behalf of Enagic | 303-9270615 | 10/09/2015 | / 10:49 | 615-212-9191 | Brian Kaplan | |
| Call requsting the Plaintiff to buy enagic product | 303-800-6458 | 08/19/2015 | / 17:04 | 615-212-9191 | Brian Kaplan | |
| Calling about Enagic getting started | 812-697-1844 | 06/09/2015 | / 18:53 | 615-212-9191 | Angelina Liner | |
| Pre-recorded message about Enagic | 573-370-3000 | 07/16/2015 | / 12:36 | 615-212-9191 | Call on behalf of Tara | |
| Enagic call trying to get me signed up. | 618-767-6240 | 07/16/2015 | / 19:31 | 615-212-9191 | Tara Enagic | |
| Walt Peterson call trying to sell Enagic machine, | 305-230-4966 | 07/27/2015 | / 16:14 | 615-212-9191 | Walt Peterson | |
| Enagic automated call w/ pre-recorded message | 714-500-7111 | 07/21/2015 | / 20:08 | 615-212-9191 | None Given | |
| Pre-recorded message about Enagic | 781-214-4465 | 07/21/2015 | / 13:04 | 615-212-9191 | None Given | |
| Enagic call from Brian Kaplan about "no money down" option, pre-recorded call | 303-927-0615 | 10/18/2015 | / 13:30 | 615-212-9191 | Brian Kaplan | |
| Call about Enagic | 812-697-1844 | 06/09/2015 | / 18:53 | 615-212-9191 | Angelina Liner | |
| Brian Kaplan pre-recorded message | 303-927-0615 | 10/21/2015 | / 15:01 | 615-212-9191 | Brian Kaplan | |
| Walt Peterson call trying to sell Enagic machine, from Enagic conference in Orlando | 561-901-4989 | 10/08/2015 | / 18:02 | 615-212-9191 | Walt Peterson | |
| Automated w pre-recorded message, missed call | 781-214-4465 | 08/04/2015 | / 20:29 | 615-212-9191 | None Given | |
| Walt Peterson call trying to sell Enagic machine, walter states that he purchases leads | 561-283-4989 | 10/19 | / 11:14 | 615-212-9191 | Walt Peterson | |
| Enagic automated call w/ pre-recorded message | 714-500-7111 | 08/04/2015 | / 20:29 | 615-212-9191 | none | |
| Pre-recorded call about Enagic | 781-214-4465 | 08/05/2015 | / 11:06 | 615-212-9191 | None | |
| Pre-recorded , faild to start, dad air, Enagic, missed call | 781-214-4465 | 08/02/2015 | / 14:02 | 615-212-9191 | None | |
| Pre-recorded, automated, dead air | 781-214-4465 | 07/21/2015 | / 13:04 | 615-212-9191 | None | |
| Pre-recorded ,missed call Enagic | 781-214-4465 | 08/06/2015 | / 11:00 | 615-212-9191 | None | |
| Enagic automated call w/ pre-recorded message | 541-654-0400 | 08/11/2015 | / 11:19 | 615-212-9191 | None | |
| Brian Kaplan pre-recorded | 303-218-9563 | 08/17/2015 | / 15:06 | 615-212- | Brian | |

| | | | | 9191 | Kaplan | |
|---|---|---|---|---|---|---|
| Call back to Brian from missed call | 970-682-0748 | 08/18/2015 | / 17:41 | 615-212-9191 | Brian Kaplan | |
| Enagic automated call w/ pre-recorded message | 303-927-0615 | 08/18/2015 | / 15:41 | 615-212-9191 | Brian Kaplan | |
| Enagic call, been running the dialer, asked about if I have heard back from Comerica to purchase Enagic machine | 707-776-6911 | 08/27/2015 | / 17:18 | 615-212-9191 | Jeff Howard | |
| Enagic Conf call invite, pre-record | 618-223-5902 | 09/09/2015 | / 13:19 | 615-212-9191 | Brian Kaplan | |
| Enagic Conf call invite, pre-record | 480-454-8281 | 09/16/2015 | / 17:32 | 615-212-9191 | None Given | |
| Enagic Conf call invite, pre-record | 618-223-5902 | 09/16/2015 | / 17:48 | 615-212-9191 | Brian Kaplan | |
| Enagic Conf call invite, pre-record | 618-223-5902 | 09/16/2015 | / 13:55 | 615-212-9191 | Brian Kaplan | |
| SSM call coach dave, live call | 331-220-0308 | 09/17/2015 | / 16:22 | 615-212-9191 | Coach Dave | |
| Rick Freman calling to sell Enagic Machine | 707-776-6911 | 09/28 | / 13:02 | 615-212-9191 | Rick Freeman | |
| Enagic Conf call invite, pre-record | 618-223-5902 | 09/23/2015 | / 13:07 | 615-212-9191 | Brian Kaplan | |
| Enagic Conf call invite, pre-record | 618-223-5902 | 09/23/2015 | / 17:34 | 615-212-9191 | Brian Kaplan | |
| Enagic call, talks about why I am not following through, Plaintiff lets him know he was getting sued | 707-776-6911 | 09/28 | / 13:02 | 615-212-9191 | Jeff Howard | |
| Cold Call selling Enagic after transitioning from SSM | 561-283-4989 | 10/01/2015 | / 17:36 | 615-212-9191 | Walt Peterson | |
| Enagic call, asks if Plaintiff has gone online to get his Enagic machine yet | 707-776-6911 | 09/22 | / 17:37 | 615-212-9191 | Jeff Howard | |
| Enagic call, asking about getting started, have I ordered machine | 707-776-6911 | 09/14 | / 14:07 | 615-212-9191 | Jeff Howard | |
| Enagic call, asking about getting started | 707-776-6911 | 09/16 | / 13:29 | 615-212-9191 | Jeff Howard | |
| Enagic call back from Jeff Howard, talks about pre-recorded message, Jeff talks about Enagic video and website "Noupfrontmoney.com" | 707-776-6911 | 08/26 | / 14:57 | 615-212-9191 | Jeff Howard | |
| Enagic call, asking about getting started, asked if I have seen website, | 707-776-6911 | 08/26 | / 16:44 | 615-212-9191 | Jeff Howard | |
| Enagic call, asking about getting started, talks about automated call and pre-recorded message previously sent | 707-776-6911 | 07/23 | / 13:36 | 615-212-9191 | Jeff Howard | |
| Enagic call, asking about getting started, one of th first calls from Jeff | 707-776-6911 | 07/14 | / 14:15 | 615-212-9191 | Jeff Howard | |
| SSM call from Dave about | 331-220-0308 | 09/17/2015 | / 10:03 | 615-212- | Coach | |

| | | | | 9191 | Dave | |
|---|---|---|---|---|---|---|
| getting setup and requesting payment, live call | | | | | | |
| | | | | | | |
| | | **TEXT MESSAGES** | | | | |
| Text messages about conference calls for Enagic | 970-372-0456 | 9/8 x 7, 9/24x 2, 9/30, 10/3 x 2, 10/7, 10/14x2, 10/20x3, 10/27x3 | 12:13, 12:51, 12:51, 12:52, 12:52, 12:54, 6:28, 4:08, 4:11, 6:33, 5:35, 5:50, 1:04, 6:25, 2:15, 2:15, 6:44, 1:08, 1:10, 6:33, | 615-212-9191 | Brian Kaplan | 20 total |
| Text Message about website noupfrontmony.com and request to purchase Enagic machine | 707-776-6911 | 8-26 x3, 9/22 | 3:07, 5:13, 5:37, 5:54, 5:54 | 615-212-9191 | Jeff Howard | 3 total |
| request to purchase Enagic machine | 770-778-4276 | 4/9 and 4/10 | 4:07, 9:37 | 615-212-9191 | Rick Freeman | 2 total |
| Messages about conference call about Enagic | 516-214-2220 | 9/24 x 2 | 4:12, 4:18 | 615-212-9191 | Jerry Maurer, | 2 total |
| Text message about websit coachdaveslife.com and SSM and requests to send money | 331-220-0308 | 9/16x2, 9/17x3, 9/18x9 | 6:32, 6:41,10:22,2:39, 2:39, 8:53,11:07, 11:36, 11:40, 12:55, 2:29, 3:25, 3:26 | 615-212-9191 | Dave Hill, Dave Allen, Dave Aleen, | 14 total |
| SSM calls about conference calls and the website cashfreedomvideo.com | 631-987-3454 | 5/5, 5/8x4, 5/9, 5/13x2, 5/14, 5/20x2, 5/21, 5/22x2, 5/27, 5/28x2, 6/3x2, 6/5, 6/6, 6/10x2, 6/11, 6/26x6, 6/29, 7/1x2, 7/3, 7/8, 7/15, 7/18, 7/22, 7/29, 7/30, 8/5, 8/19, 8/20, 8/26, 8/27, 8/30 | 5:20, 8:51, 8:51, 8:51, 1:46, 11:52, 12:38, 6:43, 2:39, 2:19, 6:53, 2:52, 3:02, 3:02, 3:55, 9:52, 9:52, 2:29, 6:06, 4:08, 10:26, 1:33,6:06, 7:05, 10:40, 10:40, 10:40, 10:40, 10:40, 10:40, 2:13, 2:26,6:52, 7:37, 1:13, 2:59, 7:00, 2:08, 11:25, 1:48, 11:40, 2:29, 4:44, 3:10, 2:35, 3:50, 2:16, 11:01, 1:26, | 615-212-9191 | Pete Polslli, ssm | 49 |
| Conference calls for Enagic | 970-682-0748 | 8/18x2, 8/19x2 | 2:44,2:44, 10:07, 10:07 | 615-212-9191 | Brian Kaplan Enagic | 4 total |
| Conference calls for Enagic | 970-372-0456 | 9/24 x 2, 9/30, 10/3x2, 10/7, 10/14 | 4:17, 4:17,6:40, 10:59, 11:00, 6:03, 6:31 | 615-331-7262 | Brian Kaplan Enagic | 7 total |

United States District Court
Middle District of Tennessee

)   Craig Cunningham
)   Plaintiff, Pro-se
)
)        v.          Civ Action   3:15-cv-00847
)
) Enagic USA, Inc,
)   Defendants.

## Plaintiff's Certificate of Service

I hereby certify that on 11/02/2015, the foregoing was sent via USPS First class mail to:

Peter Polselli, 50 Danes Street, Patchogue, NY 11772

Enagic via counsel Katrina Dannheim, Sities & Harbision, PLLC, 400 West Market Street, ste 1800, Louisville, KY 40202.

Oscar Christian Kinney, 29326 Turnbury Village Dr., Spring, Tx 77386

Jeff Howard and the Corazon Management Group, Inc. 5348 Vegas Dr., Las Vegas, NV 89108

Susie Tremblay-Brown, 925 Lakeville Street, #233, Petaluma, CA 94952

Peter Wolfing and Multiplex Systems, Inc., 175 E. 96th Street, Apt 18G, New York, New York 10128.

Craig Cunningham, Plaintifff, Pro-se, 615-348-1977
5543 Edmondson Pike, ste 248
Nashville, TN 37211
11/02/2015