United Stated District Court
Middle District of Tennessee

Craig Cunningham VS Enagic USA

Case#3:15-cv-00847

**ANSWER OF DEFENDANT Dave Hill**

1. Deny
2. Deny
3. Deny
4. Deny
5. Deny
6. Deny
7. Deny
8. Deny
9. Deny
10. Deny
11. Deny
12. Deny
13. Deny
14. Deny
15. Deny
16. Deny
17. Deny
18. Deny
19. Deny
20. Deny
21. Deny
22. Deny
23. Deny
24. Deny
25. Deny
26. Deny
27. Deny
28. Deny
29. Deny
30. Deny
31. Deny
32. Deny
33. Deny
34. Deny

RECEIVED
IN CLERK'S OFFICE
NOV 25 2015
U. S. DISTRICT COURT
MID. DIST. TENN.

35. Deny
36. Deny
37. Deny
38. Deny
39. Deny
40. Deny
41. Deny
42. Deny
43. Deny
44. Deny
45. Deny
46. Deny
47. Deny
48. Deny
49. Deny
50. Deny
51. Deny
52. Deny
53. Deny
54. Deny
55. Deny
56. Deny
57. Deny
58. Deny
59. Deny
60. Deny
61. Deny
62. Deny
63. Deny
64. Deny
65. Deny
66. Deny
67. Deny
68. Deny
69. Deny
70. Deny
71. Deny
72. Deny
73. Deny
74. Deny
75. Deny
76. Deny
77. Deny
78. Deny
79. Deny
80. Deny

| | |
|---|---|
| 126. | Deny |
| 127. | Deny |
| 128. | Deny |
| 129. | Deny |
| 130. | Deny |
| 131. | Deny |
| 132. | Deny |
| 133. | Deny |
| 134. | Deny |
| 135. | Deny |
| 136. | Deny |
| 137. | Deny |
| 138. | Deny |

**Signed Dave Hill**

I am sending to let the court know that I am not part of Enagic and Ssm as the law suite states and all the things for my part of this are false. I feel this is a chance for some one to make up false statements and try to get money out some one. I am not part of any this companies and am not even doing home based business I am denying all charges with this suite.

Thanks,

Dave 331-645-0794

My Attorney
Scott Allen
Allen, Mitchell and Allen PLLC
2091 Murray Holladay Road
Suite 21 Salt Lake City, UT 84117
801-930-1117

81. Deny
82. Deny
83. Deny
84. Deny
85. Deny
86. Deny
87. Deny
88. Deny
89. Deny
90. Deny
91. Deny
92. Deny
93. Deny
94. Deny
95. Deny
96. Deny
97. Deny
98. Deny
99. Deny
100. Deny
101. Deny
102. Deny
103. Deny
104. Deny
105. Deny
106. Deny
107. Deny
108. Deny
109. Deny
110. Deny
111. Deny
112. Deny
113. Deny
114. Deny
115. Deny
116. Deny
117. Deny
118. Deny
119. Deny
120. Deny
121. Deny
122. Deny
123. Deny
124. Deny
125. Deny



PRIORITY MAIL

FROM: Pace Hill
2768 Buel Rd
Normandy AT 60512
931-613-0794

TO:
Nashville clerks office
801 Broadway room 800
Nashville, TN 37203

RECEIVED
IN CLERK'S OFFICE
NOV 25 2015
U.S. DISTRICT COURT
MID. DIST. TENN.