RECEIVED
IN CLERK'S OFFICE
NOV 3 0 2015
U.S. DISTRICT COURT
MID. DIST. TENN

United Stated District Court
Middle District of Tennessee

Craig Cunningham VS Enagic USA

Case#3:15-cv-00847

**ANSWER OF DEFENDANT Rick Freeman**

1. Deny
2. Deny
3. Deny
4. Deny
5. Deny
6. Deny
7. Deny
8. Deny
9. Deny
10. Deny
11. Deny
12. Deny
13. Deny
14. Deny
15. Deny
16. Deny
17. Deny
18. Deny
19. Deny
20. Deny
21. Deny
22. Deny
23. Deny
24. Deny
25. Deny
26. Deny
27. Deny
28. Deny
29. Deny
30. Deny
31. Deny
32. Deny
33. Deny
34. Deny

35. Deny
36. Deny
37. Deny
38. Deny
39. Deny
40. Deny
41. Deny
42. Deny
43. Deny
44. Deny
45. Deny
46. Deny
47. Deny
48. Deny
49. Deny
50. Deny
51. Deny
52. Deny
53. Deny
54. Deny
55. Deny
56. Deny
57. Deny
58. Deny
59. Deny
60. Deny
61. Deny
62. Deny
63. Deny
64. Deny
65. Deny
66. Deny
67. Deny
68. Deny
69. Deny
70. Deny
71. Deny
72. Deny
73. Deny
74. Deny
75. Deny
76. Deny
77. Deny
78. Deny
79. Deny
80. Deny

81. Deny
82. Deny
83. Deny
84. Deny
85. Deny
86. Deny
87. Deny
88. Deny
89. Deny
90. Deny
91. Deny
92. Deny
93. Deny
94. Deny
95. Deny
96. Deny
97. Deny
98. Deny
99. Deny

100. Deny
101. Deny
102. Deny
103. Deny
104. Deny
105. Deny
106. Deny
107. Deny
108. Deny
109. Deny
110. Deny
111. Deny
112. Deny
113. Deny
114. Deny
115. Deny
116. Deny
117. Deny
118. Deny
119. Deny
120. Deny
121. Deny
122. Deny
123. Deny
124. Deny
125. Deny

126. Deny
127. Deny
128. Deny
129. Deny
130. Deny
131. Deny
132. Deny
133. Deny
134. Deny
135. Deny
136. Deny
137. Deny
138. Deny

I would like to add that I feel I have done nothing wrong. Mr. Cunningham has acted in bad faith. He opts in to people's lists and then receives marketing which he requested. This is all for the sole purpose of extorting them later.

I will not succumb to such tactics. On another note I was never properly served in this case. I heard about it through other channels.

Signed Rick Freeman

R. Freeman
3040 Oasis Grand Blvd #801
Fort Myers, FL 33916

RETURN RECEIPT REQUESTED

Nashville Clerks Office
801 Broadway
Room 800
Nashville, Tenn. 37203

RECEIVED
IN CLERK'S OFFICE
NOV 30 2015
U.S. DISTRICT COURT
MID. DIST. TENN.

7015 0640 0002 9936 9386

CERTIFIED MAIL

U.S. POSTAGE PAID
FORT MYERS, FL
33907
NOV 25, 15
AMOUNT
$6.96
00114032-29