United Stated District Court
Middle District of Tennessee

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
DEC 0 3 2015

Craig Cunningham VS Enagic USA

Case#3:15-cv-00847

## ANSWERS OF DEFENDANT JERRY MAURER AND JL NET BARGAINS

1. Deny- I've never met or know of Craig Cunningham.
2. Deny – I do not know if this is exact address for Enagic.
3. Deny- I do not know if this is the address for Pete Polselli.
4. Deny- I do not know if this is the address for Brian Kaplan.
5. Deny- This is not the correct address for myself.
6. Accept-
7. Deny- I do not know My Minds Eye or know if this is the address for My Minds Eye
8. Deny- I do not know if this is the address for Walter Petersen.
9. Deny- I do not know if this is the address for Angelina Liner.
10. Deny- - I do not know if this is the address for Rick Freeman.
11. Deny- - I do not know if this is the address for Terry Collins.
12. Deny - I do not know Oscar Christian Kinney or know if this is the address for Oscar Christian Kinney.
13. Deny - I do not know 7 Figure Wealth Corporation or know if this is the address for 7 Figure Wealth Corporation.
14. Deny -I do not know Jeffrey Howard or know if this is the address for Jeffrey Howard.
15. Deny- I do not know Corazon Management or know if this is the address for Corazon Management.
16. Deny- I do not know Susie Tremblay-Brown or know if this is the address for Susie Tremblay-Brown.
17. Deny- I do not know Peter Wolfing or know if this is the address for Peter Wolfing.
18. Deny - I do not know Dave Hill or know if this is the address for Dave Hill.
19. Deny – I do not know if this is the correct address of 800Link.
20. Deny- I do not know Scott Beil or know if this is the address for Scott Beil.
21. Deny- I do not know Multiplex Systems or know if this is the address for Multiplex Systems.
22. Deny- I am a NY based business owner and do not conduct business in this county.

23. Deny- I have never solicited the plaintiff in an attempt to join a "get rich quick" scheme or water dispenser.
24. Deny
25. Deny
26. Deny
27. Deny
28. Deny
29. Deny
30. Deny
31. Deny- I have no knowledge of this.
32. Deny- I have no knowledge of this.
33. Deny -I have no knowledge of this.
34. Deny-I have no knowledge of this.
35. Deny-I have no knowledge of this.
36. Deny-I have no knowledge of this.
37. Deny-I have no knowledge of this.
38. Deny-I have no knowledge of this.
39. Deny-I have no knowledge of this.
40. Deny
41. Deny-I have no knowledge of this.
42. Deny-I have no knowledge of this.
43. Deny-I have no knowledge of this.
44. Deny
45. Deny-I have no knowledge of this.
46. Deny-I have no knowledge of this.
47. Deny-I have no knowledge of this.
48. Deny-I have no knowledge of this.
49. Deny-I have no knowledge of this.
50. Deny-I have no knowledge of this.
51. Deny-I have no knowledge of this.
52. Deny-I have no knowledge of this.
53. Deny-I have no knowledge of this.
54. Deny-I have no knowledge of this.
55. Deny-I have no knowledge of this.
56. Deny
57. Deny
58. Deny
59. Deny
60. Deny
61. Deny
62. Deny
63. Deny
64. Deny
65. Deny
66. Deny
67. Deny

68. Deny
69. Deny
70. Deny
71. Deny
72. Deny
73. Deny
74. Deny
75. Deny-I have no knowledge of this.
76. Deny-I have no knowledge of this.
77. Deny-I have no knowledge of this.
78. Deny-I have no knowledge of this.
79. Deny
80. Deny
81. Deny
82. Deny
83. Deny
84. Deny
85. Deny
86. Deny
87. Deny
88. Deny
89. Deny
90. Deny
91. Deny
92. Deny
93. Deny
94. Deny
95. Deny
96. Deny
97. Deny
98. Deny
99. Deny
100. Deny
101. Deny
102. Deny
103. Deny
104. Deny
105. Deny
106. Deny
107. Deny
108. Deny
109. Deny
110. Deny
111. Deny

112. Deny-I have no knowledge of this and do not know who Jeff Howard is.
113. Deny
114. Deny
115. Deny
116. Deny
117. Deny
118. Deny
119. Deny I have no knowledge of this and do not know who Angelina Liner is.
120.
121. Deny
122. Deny
123. Deny
124. Deny
125. Deny
126. Deny
127. Deny
128. Deny
129. Deny
130. Deny
131. Deny
132. Deny
133. Deny
134. Deny
135. Deny
136. Deny
137. Deny
138. Deny
139. Deny
140. Deny

I am disgusted to have been named in such a lawsuit. It is clear to me the plaintiff is searching for a big pay day by including so many individuals. I have nothing to do with all any of the other defendants. I am still unclear as to why I am named. It is also clear the plaintiff has entered his email on websites, which is why he is receiving emails from individuals.

Signed Jerry Maurer on behalf of Jerry Maurer and JL Net Bargains.

*[signature: Jerry Maurer]*

12-2-15