# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISCTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **CRAIG CUNNINGHAM,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| ENAGIC USA, INC.; PETER POLSELLI; | ) |
| TERRY COLLINS; RICK FREEMAN; | ) |
| ANGELINA LINER; CHRISTIAN KINNEY; | ) |
| THE 7 FIGURE WEALTH CORPORATION; | ) Case No. 3:15-cv-00847 |
| CORAZON MANAGEMENT GROUP, INC.; | ) |
| JEFFREY HOWARD; SUSIE TREMBLAY- | ) |
| BROWN; PETER WOLFING; MULTIPLEX | ) |
| SYSTEMS, INC.; BRIAN KAPLAN; WALTER | ) |
| PETERSON; MY MINDS EYE, LLC; | ) |
| 800LINK, INC.; SCOTT BIEL; JERRY | ) |
| MAURER; DAVE HILL AKA DAVE ALLEN | ) |
| AKA DAVE ALEEN; and JOHN AND JANE | ) |
| DOE'S 1-10, | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANTS, SCOTT BIEL AND 800LINK, INC.'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT

**COMES NOW** defendants Scott Biel and 800Link, Inc., and move this Court for entry of the attached order allowing these defendants an extension to respond to the Third Amended Complaint, of an additional thirty (30) days, making a responsive pleading due January 7, 2016. The Plaintiff has provided written agreement to this request.

1

Respectfully submitted,

**SPICER RUDSTROM PLLC**

**/s/ Darrick L. O'Dell**
Darrick L. O'Dell, Esq. BPR# 26883
414 Union Street, Suite 1700
Nashville, Tennessee 37219-1823
(615) 259-9080 telephone
(615) 259-1522 facsimile
(615) 425-7358 direct line
*Attorney for Defendants Scott Biel and 800Link*

## CERTIFICATE OF SERVICE

   I hereby certify that a true and exact copy of the foregoing has been sent via the Court's ECF notice system to:

Jean Anne Tipps
Stites & Harbison, PLLC (Nashville Office)
SunTrust Plaza
401 Commerce Street
Suite 800
Nashville, TN 37219

Katrina L. Dannheim
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352

Peter Polselli
50 Danes Street
Patchoque, NY 11772

Corazon Management Group, Inc.
5349 Vegas Drive
Suite 619
Las Vegas, NV 89108

Jeffrey Howard
925 Lakeville Street
#233
Petaluma, CA 94952

Craig Cunningham
5543 Edmondson Pike
Suite 248
Nashville, TN 37211


this 4th day of December, 2015.

                /s/ Darrick L. O'Dell_____
                Darrick L. O'Dell

3

Case 3:15-cv-00847   Document 62   Filed 12/08/15   Page 3 of 3 PageID #: 338