# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Craig Cunningham<br><br>*Plaintiff(s)*<br>v.<br><br>Enagic et al<br><br>*Defendant(s)* | Civil Action No. 3:15-cv-00847 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dave Hill aka Dave allen aka Dave Aleen
2122 W. Galena Blvd #8
Aurora, Il 60506

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Craig Cunningham
5543 Edmondson Pike ste 248
Nashville, TN 37211
615-348-1977

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

*CLERK OF COURT*

Date: NOV 1 2 2015

*Signature of Clerk or Deputy Clerk*

**RETURN COPY**

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Dave Hill__

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* __Served via USPS CMRRR__

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __12/2/15__

_____
*Server's signature*

__Maricel Forteza__
*Printed name and title*

__5543 Edmondson Pike Ste 248__
__Nashville, TN 37211__
*Server's address*

Additional information regarding attempted service, etc:

**RECEIVED**
DEC 11 2015
**U.S. DISTRICT COURT**
**MIDDLE DISTRICT OF TN.**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Dave Hill
2122 W. Galena Blvd #8
Aurora, IL 60506

2. 7015 0920 0001 3881 4742

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): Michelle Carroll
C. Date of Delivery: 11-10-15

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail®
☐ Registered
☐ Insured Mail
☐ Priority Mail Express™
☐ Return Receipt for Merchandise
☐ Collect on Delivery

4. R

PS Form 3811, July 2013    Domestic Return Receipt