IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:15-cv-00847 |
| | ) | |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Holmes |
| ENAGIC USA, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Plaintiff's Motion for an Extension of Time ("Motion") (Doc. No. 112) in which he requests an additional four days to respond to Defendant Enagic USA, Inc.'s Motion to Dismiss Plaintiff's Third Amended Complaint (Doc. No. 64). The Court **GRANTS** the Motion. Plaintiff shall respond to the Motion to Dismiss (Doc. No. 64) within four days of the entry of this Order.

It is so ORDERED.

Entered this the 29th day of January, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT