United States District Multi-District Litigation
Northern District of West Virginia

) Craig Cunningham
) Plaintiff, Pro-se
)
) v.    Civ Action    3:15-cv-00847
)
) Enagic USA, Inc, et al
) Defendants.

FILED
MAR 0 4 2016  DB
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

## Plaintiff's Motion for Leave to Amend his Complaint

1. To the Honorable US District Court:
2. The Plaintiff requests the court grant leave to amend his complaint. Although the Plaintiff could have claimed when he amend
3. The Plaintiff continues to gather new information on the defendants in this case and additional related parties that are liable for placing calls and text messages to the Plaintiff.
4. The Plaintiff for example, didn't know that Defendant Brian Kaplan was using "Kappy Enterprisies, LLC" as an entity to recieve funds in this case. Kappy Enterprises is a liable party regarding the previous calls from Brian Kaplan.
5. Additionally, many of the Defendants have moved on to new schemes to bilk consumers out of money as they seem to jump between programs every 6-9 months or so. The new scheme is called Elite Marketing Association (EMA), but is a clone of the Secret Success Machine scam just with some new flashy videos and websites. These are many of the same defendants, for example "Brian Kaplan, Jerry Maurer, Pete Poselli" doing the same thing they were doing with Enagic and previously the Secret Success Machine. These defendants placed calls and sent text messages to the Plaintiff pitching the EMA program after they got tired of Enagic and the Plaintiff is seeking leave to amend to include these claims.
6. The Plaintiff in his research also positively identified the ringleader and founder of the Secret Success Machine scam, Bob and Jan Shafer, who the Plaintiff is seeking to add as a defendant.
7. Through the Plaintiff's research, the Plaintiff has identified the specific entities that placed the illegal telephone calls to the Plaintiff and text messages and seeks to add them as defendants in the case.

# United States District Court
# Middle District of Tennessee

)  Craig Cunningham
)  Plaintiff, Pro-se
)
)       v.        Civ Action   3:15-cv-00847
)
) Enagic USA, Inc,
)  Defendants.

## ORDER

On the foregoing motion, the Motion is hereby Granted/Denied.

_____
Judge

_____
Date

United States District Court
Middle District of Tennessee



) Craig Cunningham
) Plaintiff, Pro-se
)
) v.    Civ Action    3:15-cv-00847
)
) Enagic USA, Inc,
) Defendants.

**Plaintiff's Certificate of Service**

I do hereby certify that a copy of the foregoing pleading has been served on Plaintiff by U.S. Mail on 2/2/216:

Darrick Lee O'Dell
Spicer Rudstrom, PLLC
414 Union Street, Suite 1700
Nashville, TN 37219
*Counsel for Defendants 800Link, Inc. and Scott Biel*

Corazon Management Group, Inc.
5349 Vegas Drive, Suite 619
Las Vegas, NV 89108
*Defendant, pro se*

Rick Freeman
3040 Oasis Grand Blvd, #801
Fort Myers, FL 33916
*Defendant, pro se*

Dave Hill
2769 Bauer Road
North Aurora, IL 60542
*Defendant, pro se*

Jeffrey Howard
925 Lakeville Street, #233
Petaluma, CA 94952
*Defendant, pro se*

Brian Kaplan
1213 Camrose Street
Ft. Collins, CO 80525
*Defendant, pro se*

Jerry Maurer
2532 Henry Street

North Bellmore, NY 11710
*Defendant, pro se*

JL Net Bargains, Inc.
2532 Henry Street
North Bellmore, NY 11710
*Defendant, pro se*

Multiplex Systems, Inc.
c/o Peter Wolfing, Registered Agent
175 E. 96th St. Apt. 18G
New York, NY 10128
*Defendant, pro se*

The 7 Figure Wealth Corporation
c/o Oscar Christian Kinney
29326 Turnbury Village Drive
Spring, TX 77386
*Defendant, pro se*

Susie Tremblay-Brown
925 Lakeville Street #233
Petaluma, CA 94952
*Defendant, pro se*

/s/ Craig Cunningham

Craig Cunningham, Plaintiff, Pro-se 615-348-1977

*5543 Edmondson Pike, ste 248*

*Nashville, TN 37211 2/2/2016*

Peter Polselli
50 Danes Street
Patchoque, NY 11772
*Defendant, pro se*

Oscar Christian Kinney
29326 Turnbury Village Drive
Spring, TX 77386
*Defendant, pro se*

My Minds Eye, LLC
c/o Walter Peterson
22514 Blue Marlin Drive
Boca Raton, FL 33428
*Defendant, pro se*

Walter Peterson
22514 Blue Marlin Drive
Boca Raton, FL 33428
*Defendant, pro se*

Peter Wolfing
175 E. 96th St. Apt. 18G
New York, NY 10128
*Defendant, pro se\*