IN THE UNITED STATES DISTRICT COURT
MIDDLE DISCTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CRAIG CUNNINGHAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ENAGIC USA, INC.; PETER POLSELLI; TERRY COLLINS; RICK FREEMAN; ANGELINA LINER; CHRISTIAN KINNEY; THE 7 FIGURE WEALTH CORPORATION; CORAZON MANAGEMENT GROUP, INC.; JEFFREY HOWARD; SUSIE TREMBLAY-BROWN; PETER WOLFING; MULTIPLEX SYSTEMS, INC.; BRIAN KAPLAN; WALTER PETERSON; MY MINDS EYE, LLC; 800LINK, INC.; SCOTT BIEL; JERRY MAURER; DAVE HILL AKA DAVE ALLEN AKA DAVE ALEEN; and JOHN AND JANE DOE'S 1-10, | ) ) ) ) ) ) Case No. 3:15-cv-00847 ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### RESPONSE OF SCOTT BIEL AND 800 LINK TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

**COMES NOW** the Defendants, 800 Link, Inc. and Scott Biel, by and through counsel, and herein responds to the Plaintiff's motion to amend the Complaint as follows:

The Plaintiff motion makes references to schemes and ringleaders but he has not submitted a proposed amended complaint and his explanation of the proposed amendments are insufficiently specific for these Defendants to analyze the appropriateness of same. These Defendants believe a proposed amended complaint should be submitted with such a motion in order for the Court and the parties to consider the merits of the motion. Without being able to

1

see what the Plaintiff might add into the Complaint this Defendant must object to the motion being granted.

Additionally there is a pending motion to dismiss, filed by a co-defendant.

**Wherefore**, these Defendants ask and pray that the Plaintiff's motion to amend the complaint, docket number 139, be denied.

Respectfully submitted,

**SPICER RUDSTROM PLLC**

**/s/ Darrick L. O'Dell**
Darrick L. O'Dell, Esq. BPR# 26883
414 Union Street, Suite 1700
Nashville, Tennessee 37219-1823
(615) 259-9080 telephone
(615) 259-1522 facsimile
(615) 425-7358 direct line
dlo@spicerfirm.com
*Attorney for Defendants Scott Biel and 800Link*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been sent via the Court's ECF notice system and via regular US Mail, postage prepaid and properly addressed, to:

Jean Anne Tipps
Stites & Harbison, PLLC (Nashville Office)
SunTrust Plaza
401 Commerce Street
Suite 800
Nashville, TN 37219

Katrina L. Dannheim
Stites & Harbison, PLLC
401 Commerce Street
Suite 800
Nashville, TN 37219

Peter Polselli
50 Danes Street
Patchoque, NY 11772

Corazon Management Group, Inc.
5349 Vegas Drive
Suite 619
Las Vegas, NV 89108

Jeffrey Howard
925 Lakeville Street
#233
Petaluma, CA 94952

Craig Cunningham
5543 Edmondson Pike
Suite 248
Nashville, TN 37211

Rick Freeman
3040 Oasis Grand Blvd. #801
Fort Myers, FL 33916

Brian Kaplan
22515 Blue Marlin Drive
Boca Raton, FL 33428

Jerry Maurer
2532 Henry Street
North Bellmore, NY 11710

Dave Hill
2769 Bauer Road
North Aurora, IL 60542

Walter Peterson
22515 Blue Marlin Drive
Boca Raton, FL 33428

this 11th day of March, 2016.

/s/ Darrick L. O'Dell_____
Darrick L. O'Dell

3

Case 3:15-cv-00847   Document 142   Filed 03/11/16   Page 3 of 3 PageID #: 692