RECEIVED
IN CLERK'S OFFICE
APR 0 4 2016
U. S. DISTRICT COURT
MID. DIST. TENN.

UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

Craig Cunningham
Plaintiff, Pro-se

    v.                      Civ Action:    3:15-cv-00847

Enagic USA, Inc., et al.,

    Defendants.
_____/

## SUGGESTION OF BANKRUPTCY

COMES NOW, **WALTER E. PETERSON,** by and through his undersigned bankruptcy counsel, appearing specially and solely for the purpose of advising this Court of the existence of a bankruptcy stay, and hereby files this Suggestion of Bankruptcy and would show unto this Court as follows:

    1.    **WALTER E. PETERSON** has filed a Voluntary Petition for Bankruptcy Relief under Chapter 13 of the Bankruptcy Code. The Petition is styled as Case Number:

**16-14018-PGH**

and relief was ordered by the United States Bankruptcy Court, Southern District of Florida on March 22, 2016.

    2. That all of the property of **WALTER E. PETERSON,** is now subject to the jurisdiction of the United States Bankruptcy Court for the Southern District of Florida.

    3. Pursuant to **11 U.S.C. §362(a)**, Bankruptcy Code, the filing of the Petition and Order of Relief operate as a stay of the commencement or continuance of these proceedings.

1

4. That said Bankruptcy proceedings have not been dismissed, and that the claim of the Plaintiff in this cause is founded upon a claim which a discharge in Bankruptcy would release; or the claim of the Plaintiff has been properly accounted for in a Chapter 13 Plan; and that the right to discharge has not been determined by the Court, nor lost, nor waived.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail this 23rd day of March, 2016 to:

**Craig Cunningham, 5543 Edmondson Pike, Ste 248, Nashville, TN 37211.**

*Walter C. Peterson*
Walter E. Peterson, Defendant
22514 Blue Marlin Drive
Boca Raton, FL 33428
(561) 901-4989

United States Bankruptcy Court
Southern District of Florida

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 03/22/2016 at 3:39 PM and filed on 03/22/2016.

**Walter Ennis Peterson**
22514 Blue Marlin Dr.
Boca Raton, FL 33428-4641
SSN / ITIN: xxx-xx-0836

The case was filed by the debtor's attorney:     The bankruptcy trustee is:

**James E Copeland, Esq**                        **Robin R Weiner**
631 US Hwy 1 #403                                www.ch13weiner.com
N. Palm Beach, FL 33408                          POB 559007
(561) 881-8989                                   Fort Lauderdale, FL 33355
                                                 954-382-2001

The case was assigned case number 16-14018-PGH to Judge Paul G. Hyman, Jr..

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.flsb.uscourts.gov or at the Clerk's Office, , .

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Joseph Falzone**
**Clerk, U.S. Bankruptcy**
**Court**

James E. Copeland, P.A.
631 U.S. Highway One
Suite 403
North Palm Beach, FL 33408



Clerk of Court
United States District Court for the
Middle District of Tennessee
801 Broadway, Room 800
Nashville, TN 37203

RECEIVED
IN CLERK'S OFFICE
APR 04 2016
U.S. DISTRICT COURT
MID. DIST TENN.