IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CRAIG CUNNINGHAM )
)
v. ) NO. 3:15-0847
)
ENAGIG USA, INC. , et al. )

**O R D E R**

The motion to dismiss (Docket Entry No. 64) filed by Defendant Enagic USA, Inc. ("Enagic") is taken under advisement pending Plaintiff's response to the motion. Plaintiff shall file a response to the motion by **September 19, 2016**. Any reply by Defendant Enagic shall be filed by **October 3, 2016**, and any sur-reply by Plaintiff shall be filed by **October 17, 2016**.

The parties are advised that, pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure, all parties are exempt from the initial disclosures required by Rule 26(a). Pursuant to Local Rule 16.01(b)(2)(b), this case is exempt from customized case management, and pre-trial proceedings in this action shall occur in accordance with the following deadlines:

1. In accordance with the contemporaneously entered Order denying Plaintiff's request to file a fourth amended complaint, no further amendment of Plaintiff's pleadings shall be allowed. Any Defendant who has not yet filed an answer to Plaintiff's third amended complaint or otherwise responded to the third amended complaint shall do so by **September 19, 2016**;

2. The deadline for completion of all discovery is **November 14, 2016**;

3. The deadline for filing any discovery motions is **November 28, 2016**;

4. The deadline for filing any dispositive motions and other motions is **December 19, 2016**;

5. Upon the expiration of these deadlines, the Court will set a trial date in this action as is appropriate.

The Clerk is directed to send copies of all orders entered in this case to the *pro se* parties by regular, first class mail (only), unless otherwise directed by the Court.

Any party desiring to appeal this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal. *See* Rule 72.02(b) of the Local Rules of Court.

So ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge