3:15-847

case Number (3:15)-0847)

# David Hill deny all counts
that have been Placed on me for the
Pecision on 10th decision and wish to
deny all those counts.

Thanks DAve Hill

*(signature)*

RECEIVED
IN CLERK'S OFFICE

SEP 2 0 2016

U.S. DISTRICT COURT
MID. DIST. TENN.

(1) deny
(2) deny
(3) deny
(4) deny
(5) deny
(6) deny
(7) deny
(8) deny
(9) deny
(10) deny

My Attorney is
Steve Fluer
615 - 364-7619



U.S. POSTAGE
PAID
NORTH AURORA, II
60542
SEP 17, 16
AMOUNT
**$3.30**
R2305K143008-2

1000    37203

7016 0750 0001 1675 4857

Att. Civil division
Middle District Tenness
801 Broad ave
Nashville TN 37203

37203-386900

Dave Hill
2769 Bunes Rd
North Aurora, IL
60542

RECEIVED
IN CLERK'S OFFICE

SEP 2 0 2016

U.S. DISTRICT COURT
MID. DIST. TENN.