IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Craig Cunningham, | ) |
| | ) Case No. 3:15-cv-0847 |
| Plaintiff, | ) |
| | ) Judge Sharp |
| v. | ) Magistrate Judge Holmes |
| | ) |
| Enagic USA, Inc., et al., | ) |
| | ) |
| Defendants | ) |

**PARTIAL ENTRY OF DEFAULT**

Pending is Plaintiff's Motion for Entry of Default against Defendants Susie-Tremblay Brown, Jeff Howard, Corazon Management Group, Inc., JL Net Bargains, Inc., Oscar Christian Kinney, The 7 Figure Wealth Corporation, My Mind's Eye, LLC, Peter Wolfing, and Multiplex Systems, Inc. (Docket Entry No. 163).

The motion is denied as moot against Susie-Tremblay Brown, Oscar Christian Kinney, The 7 Figure Wealth Corporation, My Mind's Eye, LLC, and Multiplex Systems, Inc. as default was entered against those Defendants on January 4, 2016 (Docket Entry No. 90). The motion is denied against Jeff Howard as that Defendant filed an Answer on October 19, 2015 (Docket Entry No. 25). The motion is denied against Defendant Peter Wolfing as Plaintiff claims service under Tennessee Rule of Civil Procedure 405.5(5) and that rule does not permit entry of default where service is by mail and a return of service signed by the defendant or authorized person is not provided.

The motion is granted as to Defendants Corazon Management Group, Inc. (Corazon), and JL Net Bargains, Inc. (JL), as those Defendants have been served and have failed to respond to the complaint against them within the time permitted by law.

Accordingly, default is hereby entered against Defendants Corazon Management Group, Inc. (Corazon), and JL Net Bargains, Inc. (JL) pursuant to Federal Rule of Civil Procedure 55(a).

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court