United States District Court
Middle District of Tennessee

FILED
NOV 14 2016 DB

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

) Craig Cunningham
) Plaintiff, Pro-se
)
) v.    Civ Action    3:15-cv-00847
)
) Enagic USA, Inc, et al
) Defendants.

### Plaintiff's Motion for an Enlargement of Time for Discovery

1. The Plaintiff requests an additional 60 days for the parties to conduct discovery.

2. The Plaintiff has requested but not yet obtained call records from the Plaintiff's cell phone carrier as well as sought records but has not yet obtained records from the entity that placed the calls to the Plaintiff in this case.

3. Obtaining the call records in this case is critical to assessing damages, which requires finding the total number of calls and multiplying that by $500 or $1500.

4. 60 days should be sufficient to have these call records delivered and no party in the case would be prejudiced by this short extension.

5. The Plaintiff conferred with Darrick O'Dell who represents 800Link, and they are opposed to an extension of time, despite seeking the same call records from the Plaintiff and the Plaintiff telling him that the call records are not yet in his posession to send to Darrick O'Dell in discovery.

6. For the foregoing reasons, the Plaintiff requests the court grant the Plaintiff 60 additional days to respond to the Defendant's Motion to dismiss

Craig Cunningham
Plaintiff,

5543 Edmondson Pike, ste 248
Nashville, TN 37211
11/14/2016
615-348-1977

United States District Court
Middle District of Tennessee

) Craig Cunningham
) Plaintiff, Pro-se
)
)      v.        Civ Action   3:15-cv-00847
)
) Enagic USA, Inc,
)   Defendants.

**Plaintiff's Certificate of Service**

I hereby certify that on 11/14/2015, the foregoing was sent via USPS First class mail to:

Peter Polselli, 50 Danes Street, Patchogue, NY 11772

Enagic via counsel Katrina Dannheim, Sities & Harbision, PLLC, 400 West Market Street, ste 1800, Louisville, KY 40202.

Darrick Lee O' Dell, Spicer Rudstrom PLLC, 414 Union Street, Ste 1700, Nashville, TN 37219

Oscar Christian Kinney, 29326 Turnbury Village Dr., Spring, Tx 77386

Jeff Howard and the Corazon Management Group, Inc. 5348 Vegas Dr., Las Vegas, NV 89108

Susie Tremblay-Brown, 925 Lakeville Street, #233, Petaluma, CA 94952

Rick Freeman, 3040 Oasis Grand Blvd., # 801, Fort Myers FL 33916

Dave Hill, 2769 Bauer Road, North Aurora, IL 60542

Peter Wolfing and Multiplex Systems, Inc., 175 E. 96th Street, Apt 18G, New York, New York 10128.

Brian Kaplan 1213 Camrose St., Fort Collins, CO 80525

*Craig Cunningham*
Plaintiff.

Craig Cunningham, Plaintifff, Pro-se, 615-348-1977

5543 Edmondson Pike, ste 248

Nashville, TN 37211

11/14/2016

United States District Court
Middle District of Tennessee

)   Craig Cunningham
)   Plaintiff, Pro-se
)
)       v.          Civ Action    3:15-cv-00847
)
) Enagic USA, Inc,
)   Defendants.

## Order

**1.** The Plaintiff's Motion for an Extension of time is hereby granted/Denied

Judge_____

Date_____