IN THE UNITED STATES DISTRICT COURT
MIDDLE DISCTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CRAIG CUNNINGHAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ENAGIC USA, INC.; PETER POLSELLI; ) <br> TERRY COLLINS; RICK FREEMAN; ) <br> ANGELINA LINER; CHRISTIAN KINNEY; ) <br> THE 7 FIGURE WEALTH CORPORATION; ) <br> CORAZON MANAGEMENT GROUP, INC.; ) <br> JEFFREY HOWARD; SUSIE TREMBLAY- ) <br> BROWN; PETER WOLFING; MULTIPLEX ) <br> SYSTEMS, INC.; BRIAN KAPLAN; WALTER ) <br> PETERSON; MY MINDS EYE, LLC; ) <br> 800LINK, INC.; SCOTT BIEL; JERRY ) <br> MAURER; DAVE HILL AKA DAVE ALLEN ) <br> AKA DAVE ALEEN; and JOHN AND JANE ) <br> DOE'S 1-10, ) <br> ) <br> Defendants. ) | Case No. 3:15-cv-00847 <br> Judge Kevin H. Sharp |

## DEFENDANTS, SCOTT BIEL and 800LINK, INC.S MOTION FOR SUMMARY JUDGMENT

**COMES NOW** the Defendants, Scott Beil and 800 LiNK, Inc., by and through counsel, and herein submits this Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

For grounds,

1. The Defendants are entitled to summary judgment on the Plaintiff's claims because there are no genuine issues of material fact that these Defendants can be held liable for damages based on the Plaintiff's claims.

1

Therefore, because it is clear that the Plaintiff has not developed facts sufficient to pursue a claim, as asserted in the Third Amended Complaint, Scott Beil and 800LiNK, Inc. are entitled to judgment as a matter of law. In support of this Motion for Partial Summary Judgment, the Defendant relies upon its Memorandum of Law in Support of Motion for Summary Judgment and Statement of Undisputed Facts, all of which are being filed with the Court contemporaneously with this Motion.

Respectfully submitted,

**SPICER RUDSTROM PLLC**

**/s/ Darrick L. O'Dell**
Darrick L. O'Dell, Esq. BPR# 26883
414 Union Street, Suite 1700
Nashville, Tennessee 37219-1823
(615) 259-9080 telephone
(615) 259-1522 facsimile
(615) 425-7358 direct line
dlo@spicerfirm.com
*Attorney for Defendants Scott Biel and 800Link*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been sent via the Court's ECF notice system and via regular US Mail, postage prepaid and properly addressed, to:

Jean Anne Tipps
Stites & Harbison, PLLC (Nashville Office)
SunTrust Plaza
401 Commerce Street
Suite 800
Nashville, TN 37219

Katrina L. Dannheim
Stites & Harbison, PLLC
401 Commerce Street
Suite 800
Nashville, TN 37219

Peter Polselli
50 Danes Street
Patchoque, NY 11772

Corazon Management Group, Inc.
5349 Vegas Drive
Suite 619
Las Vegas, NV 89108

Jeffrey Howard
925 Lakeville Street
#233
Petaluma, CA 94952

Craig Cunningham
5543 Edmondson Pike
Suite 248
Nashville, TN 37211

Rick Freeman
3040 Oasis Grand Blvd. #801
Fort Myers, FL 33916

Brian Kaplan
22515 Blue Marlin Drive
Boca Raton, FL 33428

Jerry Maurer
2532 Henry Street
North Bellmore, NY 11710

Dave Hill
2769 Bauer Road
North Aurora, IL 60542

Walter Peterson
22515 Blue Marlin Drive
Boca Raton, FL 33428

this 19th day of December, 2016.

/s/ Darrick L. O'Dell
Darrick L. O'Dell

3

Case 3:15-cv-00847   Document 193   Filed 12/19/16   Page 3 of 3 PageID #: 921