United States District of Court
Middle District of Tennessee       Exhibit C

Craig Cunningham
Plaintiff, Pro-se

RECEIVED IN CLERK'S OFFICE
JAN 2 4 2017
U.S. DISTRICT COURT
MID. DIST. TENN.

V.     Civ Action 3:15-cv-00847

Enagic USA, Inc.
Defendant

## Defendant's Statement of Undisputed Facts

1. The Defendant presents these undisputed facts for the purpose of summary judgement in this case
2. Rick Freeman never initiated any automated telephone dialing system calls to the Plaintiff's cell phone 615-212-9191, which is with Republic Wireless.
3. Rick Freeman never sent unsolicited text messages to the Plaintiff's cell phone.
4. Rick Freeman never contacted the Plaintiff on his cell phone 615-212-9191.

*(signature)*
Rick Freeman
Defendant

*3040 Oasis Grand Blvd. Unit # 801*
*Fort Myers, FL 33916*