Craig Cunningham
Plaintiff, Pro-se

**RECEIVED
IN CLERK'S OFFICE
JAN 2 4 2017
U.S. DISTRICT COURT
MID. DIST. TENN.**

V.    Civ Action 3:15-cv-00847

Enagic USA, Inc.
Defendant

### Defendant's Affidavit Against the Plaintiff's Motion for Summary Judgment

1. My name is Rick Freeman and I am one of the Defendant's in this case. I am over the age of 18 and have never been convicted of a felony or crime of moral turpitude.
2. I am writing this affidavit against the Plaintiff's Motion for Summary Judgment.
3. I have never contacted the Plaintiff at his cell phone number, 615-212-9191.
4. I deny pitching the products of Enagic and an elaborate get-rich-quick pyramid scheme named SSM or the secret success machine as accused by the Plaintiff.
5. I deny any and all accusations made against me, Rick Freeman, by the Plaintiff, Craig Cunningham. I certify under the penalty of perjury that the foregoing is true and correct. Executed on 1/17/17.

*Rick Freeman*
*Defendant*
*3040 Oasis Grand Blvd. Unit # 801*
*Fort Myers, FL 33916*

United States District of Court
Middle District of Tennessee

Craig Cunningham
Plaintiff, Pro-se

**V.**   Civ Action  3:15-cv-00847

Enagic USA, Inc.
Defendant

## Defendant's Certificate of Service

I hereby certify that on 1/17/17, the foregoing was sent via USPS First class mail to:

Craig Cunningham 5543 Edmondson Pike, ste 248 Nashville, TN 37211

*[signature]*

Rick Freeman
Defendant

*3040 Oasis Grand Blvd. Unit # 801*
*Fort Myers, FL 33916*
*10/17/17*