UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM **Plaintiff,** v. ENAGIG USA, INC., *et al.* **Defendants.** | No. 3:15-0847 Judge Sharp |

## AMENDED ORDER

Plaintiff's unopposed Motion to Dismiss Defendants 800 Link, Inc. and Scott Biel (Docket No. 203) is GRANTED and those Defendants are hereby DISMISSED WITH PREJUDICE. Their Motion for Summary Judgment (Docket No. 193) is accordingly DENIED AS MOOT.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE