UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CRAIG CUNNINGHAM,

    Plaintiff,

v.

THE 7 FIGURE WEALTH CORPORATION,
CHRISTIAN KINNEY, CORAZON
MANAGEMENT GROUP, INC., SUSIE
TREMBLAY-BROWN, MULTIPLEX
SYSTEMS, INC., MY MINDS EYE, LLC,
and JL NET BARGAINS, INC.,

    Defendants.
_____/

Civil Case Number 15-00847
Honorable David M. Lawson
Magistrate Judge Barbara D. Holmes

## SECOND CORRECTED JUDGMENT

In accordance with the opinion and order granting in part the plaintiff's motion for default judgment entered on August 15, 2017,

It is **ORDERED AND ADJUDGED** that the plaintiff shall recover of defendants damages in a total amount of $259,500 apportioned as follows: defendants Christian Kinney and The 7 Figure Wealth Corporation are jointly and severally liable to the plaintiff for $22,500; defendants JL Net Bargains, Inc., Susie Tremblay-Brown, and Multiplex Systems, Inc. are jointly and severally liable to the plaintiff for $3,000; defendants Corazon Management Group, Inc., Susie Tremblay-Brown, and Multiplex Systems, Inc. are jointly and severally liable to the plaintiff for $33,000; defendants My Minds Eye, LLC, Susie Tremblay-Brown, and Multiplex Systems, Inc. are jointly and severally

liable to the plaintiff for $6,000; and defendants Susie Tremblay-Brown and Multiplex Systems, Inc. are jointly and severally liable to the plaintiff for $195,000.

                                                  s/David M. Lawson
                                                  DAVID M. LAWSON
                                                  United States District Judge
                                                  Sitting by special designation

Dated: January 16, 2018

Case 3:15-cv-00847   Document 274   Filed 01/16/18   Page 2 of 2 PageID #: 1421