UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CRAIG CUNNINGHAM,

      Plaintiff,

v.

PETER POLSELLI, RICK FREEMAN,
THE 7 FIGURE WEALTH CORPORATION,
CHRISTIAN KINNEY, CORAZON
MANAGEMENT GROUP, INC., JEFFREY
HOWARD, SUSIE TREMBLAY-BROWN,
MULTIPLEX SYSTEMS, INC., WALTER
PETERSON, MY MINDS EYE, LLC,
JERRY MAURER, DAVE HILL, JL NET
BARGAINS, INC., and JOHN/ JANE DOE'S 1-10,

      Defendants.
_____/

Case No. 3:15-cv-00847
Honorable David M. Lawson
Magistrate Judge Barbara D. Holmes

## NOTICE OF STIPULATION AND SETTLEMENT BETWEEN ASSIGNEE OF JUDGMENT AND DEFENDANT JL NET BARGAINS, INC.

Defaulted party JL Net Bargains, Inc. ("JL") hereby notifies the Court that a *pro tanto* settlement and stipulation regarding the present matter has been reached between JL and assignee of the judgment, James E. Shelton ("Settlement and Stipulation"). Attached as **Exhibit 1** is a copy of the Settlement and Stipulation.

Respectfully submitted,

*/s/ David W. Houston IV*
David W. Houston IV (Sup. Ct. No. 020802)
Samuel A. Morris (Sup. Ct. No. 034878)
Burr & Forman LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
T: (615) 724-3200
F: (615) 724-3290

dhouston@burr.com
smorris@burr.com

*Counsel for JL Net Bargains, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail on this the 29th day of January, 2018:

| | |
|---|---|
| Craig Cunningham<br>5543 Edmondson Pike<br>Suite 248<br>Nashville, TN 37211<br>(615) 348-1977<br>Email: projectpalehorse@hushmail.com<br>*Pro Se* | Jean Anne Tipps<br>Katrina L. Dannheim<br>Stites & Harbison, PLLC<br><br>SunTrust Plaza<br>401 Commerce Street<br>Suite 800<br>Nashville, TN 37219<br>(615) 782-2229<br>Fax: (615) 742-0704<br>Email: annie.tipps@stites.com<br><br>400 West Market Street, Suite 1800<br>Louisville, KY 40202-3352<br>(502) 681-0429<br>Email: kdannheim@stites.com<br>*Attorneys for Defendant Enagic USA, Inc.* |
| James E. Shelton<br>316 Covered Bridge Road<br>King of Prussia, PA 19406<br>*Assignee, Pro Se* | Peter Polselli<br>50 Danes Street<br>Patchoque, NY 11772<br>*Pro Se* |
| Rick Freeman<br>11720 Big Canoe<br>Jasper, GA 30143<br>*Pro Se* | Corazon Management Group, Inc.<br>5349 Vegas Drive<br>Suite 619<br>Las Vegas, NV 89108<br>*Pro Se* |
| Jeffrey Howard<br>925 Lakeville Street<br>#233<br>Petaluma, CA 94952<br>*Pro Se* | David L. Cooper<br>Law Office of David L. Cooper, P.C.<br>208 Third Avenue, N<br>Suite 300<br>Nashville, TN 37201<br>(615) 256-1008<br>Email: dcooper@cooperlawfirm.com<br>*Attorney for Defendant, Multiplex Systems,* |

|  | *Inc.* |
|---|---|
| Brian Kaplan<br>1213 Camrose Street<br>Ft. Collins, CO 80525<br>*Pro Se* | Walter Peterson<br>22514 Blue Marlin Drive<br>Boca Raton, FL 33428<br>*Pro Se* |
| Darrick Lee O'Dell, Esq.<br>Spicer Rudstrom, PLLC (Nashville Office)<br>414 Union Street<br>Suite 1700<br>Nashville, TN 37219<br>(615) 425-7358<br>Fax: (615) 259-1522<br>Email: dlo@spicerfirm.com<br>*Attorney for Defendants, 800Link, Inc. and Scott Biel* | Jerry Maurer<br>2532 Henry Street<br>North Bellmore, NY 11710<br>*Pro Se* |
| Dave Hill<br>2769 Bauer Road<br>North Aurora, IL 60542<br>*Pro Se* ||

The following individuals and entities, having not appeared in this matter, did not receive service of process.

| Terry Collins | Angela Liner |
|---|---|
| The 7 Figure Wealth Corporation | Christian Kinney |
| Susie Tremblay-Brown | Peter Wolfing |
| My Mind's Eye, LLC ||

/s/ *David W. Houston IV*
OF COUNSEL