UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CRAIG CUNNINGHAM,

    Plaintiff,

v.

THE 7 FIGURE WEALTH CORPORATION,
CHRISTIAN KINNEY, CORAZON
MANAGEMENT GROUP, INC., SUSIE
TREMBLAY-BROWN, MULTIPLEX
SYSTEMS, INC., MY MINDS EYE, LLC,
and JL NET BARGAINS, INC.,

    Defendants.
_____/

Civil Case Number 15-00847
Honorable David M. Lawson
Magistrate Judge Barbara D. Holmes

## ORDER GRANTING DEFENDANT MULTIPLEX SYSTEMS' MOTIONS TO WITHDRAW MOTIONS

This matter is before the Court on defendant Multiplex Systems' motions to withdraw its motions to set aside default judgment and for temporary restraining order. The Court has reviewed the motions and finds that they ought to be granted.

Accordingly, it is **ORDERED** that defendant Multiplex Systems' motion to withdraw its motion to set aside default judgment [dkt. #280] and motion to withdraw its motion for temporary restraining order [dkt. #281] are **GRANTED**.

It is further **ORDERED** that the plaintiff's assignee's motion for extension of time to file responses to defendant Multiplex Systems' motions [dkt. #261] is **DISMISSED AS MOOT**.

It is further **ORDERED** that the hearing on defendant Multiplex Systems' motion to set aside default [dkt. #257] on March 7, 2018 at 10:00 a.m. is **CANCELLED**.

                                      s/David M. Lawson
                                      DAVID M. LAWSON
                                      United States District Judge
                                      Sitting by special designation

Dated: February 8, 2018