RECEIVED
IN CLERK'S OFFICE
FEB 2 3 2018
U.S. DISTRICT COURT
MID. DIST. TENN.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**CRAIG CUNNINGHAM,**

      **Plaintiff,**

v.

**PETER POLSELLI, RICK FREEMAN,
THE 7 FIGURE WEALTH CORPORATION,
CHRISTIAN KINNEY, CORAZON
MANAGEMENT GROUP, INC., JEFFREY
HOWARD, SUSIE TREMBLAY-BROWN,
MULTIPLEX SYSTEMS, INC., WALTER
PETERSON, MY MINDS EYE, LLC,
JERRY MAURER, DAVE HILL, JL NET
BARGAINS, INC., and JOHN/ JANE DOE'S 1-10,**

      **Defendants.**

      Case No. 3:15-cv-00847
      Honorable David M. Lawson
      Magistrate Judge Barbara D. Holmes

_____/

## NOTICE OF SATISFACTION OF JUDGMENT

Assignee of Record James E. Shelton hereby gives notice that the judgment in the amount of $3,000.00, entered in this case on January 16, 2018 (Doc. No. 274) against defendant JL Net Bargains, Inc. has been satisfied.

January 26, 2018

      Respectfully submitted,

      *James E. Shelton*
      James E. Shelton
      316 Covered Bridge Road
      King of Prussia, PA 19406
      Telephone: (484) 626-3942
      Email: james@finalverdictsolutions.com
      *Assignee of Record*

James E. Shelton
3165 Covered Bridge Rd
King of Prussia, PA 19406

U.S. District Courthouse
Middle District of Tennessee
801 Broadway, Room 800
Nashville, TN 37203

CLEVELAND OH 440
20 FEB 2018 PM 1 L

RECEIVED
IN CLERK'S OFFICE
FEB 2 3 2018
U.S. DISTRICT COURT
MID. DIST. TENN.