UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CRAIG CUNNINGHAM,

    Plaintiff,

v.

THE 7 FIGURE WEALTH CORPORATION,
CHRISTIAN KINNEY, CORAZON
MANAGEMENT GROUP, INC., SUSIE
TREMBLAY-BROWN, MULTIPLEX
SYSTEMS, INC., MY MINDS EYE, LLC,
and JL NET BARGAINS, INC.,

    Defendants.
_____/

Civil Case Number 15-00847
Honorable David M. Lawson
Magistrate Judge Barbara D. Holmes

## ORDER OF PARTIAL DISMISSAL

This matter is before the Court on the plaintiff's, interested party James Shelton's, and defendant Multiplex Systems's joint motion to dismiss with prejudice all claims between them in this case. The Court has reviewed the motion and finds that it ought to be granted.

Accordingly, it is **ORDERED** that the joint motion for dismissal with prejudice [dkt. #287] is **GRANTED**.

It is further **ORDERED** that the second corrected judgment entered on January 16, 2018 [dkt. #274] is **SET ASIDE** as to defendant Multiplex Systems, Inc. **ONLY**.

It is further **ORDERED** that the plaintiff's complaint is **DISMISSED WITH PREJUDICE** and without costs to any party as to defendant Multiplex Systems, Inc. **ONLY**.

                s/David M. Lawson
                DAVID M. LAWSON
                United States District Judge
                Sitting by special designation

Dated: July 12, 2018