
*Exhibit B*

United States District Multi-District Litigation
Middle District of Texas

)   Craig Cunningham
)   Plaintiff, Pro-se
)
)           v.          Civ Action      3:15-cv-00847
)
)   Enagic USA, Inc, Peter Polselli, Terry Collins, Rick Freeman, Angela Liner,
Christian Kinney, The 7 Figure wealth Corporation, Corazon Management Group,
Inc., Jeffrey Howard, and John/Jane Doe's 1-10
)      Defendants.

## Plaintiff's Notice Regarding Service on Oscar Christian Kinney and The 7 Figure Wealth Corporation

A. The Plaintiff in this case has attempted to serve the registered agent for The 7 Figure Wealth Corporation as well as the owner/registered agent, Oscar Christian Kinney.

B. Oscar Christian Kinney has refused to sign for the certified mail which was sent to him and it was returned "unclaimed".

C. Additionally, the letter sent to him at 29326 Turnbury Village Dr., Spring, Tx 77386 was returned "unclaimed". The 29326 Turnbury Village Dr., Spring Tx 77386 address is the address listed on the secretary of state website for the registered agent and the Plaintiff confirmed in a conversation with Oscar Christian Kinney that is his home address as well.

D. By refusing to sign for certified mail, pursuant to the TN rules of civil procedure rule 4.05 (5), service upon defendants out of state is complete when the addressee or addresse's agent refuses to accept delivery, so long as it is stated and the notation of "unclaimed" or similar notation is sufficient evidence of the defendant's refusal to accept delivery. In this case, Oscar

1

Case 3:15-cv-00847   Document 35   Filed 10/30/15   Page 1 of 9 PageID #: 162
Case 3:15-cv-00847   Document 299-2   Filed 04/11/19   Page 1 of 9 PageID #: 1604

Christian Kinney refused to sign for the documents for himself and as the registered agent of The 7 Figure Wealth Corporation.

E. According to FRCP 4(e)(1), service upon an individual within a judicial district in the United States is complete if service is executed pursuant to state laws for the courts of general jurisdiction in the state of the district court.

F. The Plaintiff has attached the tracking sheets for each letter sent to the Defendant and has included the unopened letter which was returned to the Plaintiff as exhibits A and B.

G. In conclusion, by refusing to sign for the documents sent to the registered agent address listed on the Texas secretary of state website, which is also his house and ignoring the documents for 14 days at which point the USPS returned them as "unclaimed", the defendant has refused service and under Tennessee law for service of process, service is complete.

H. The Plaintiff requests the service date be notated as 08/29/2015, which is when the notice was left at the house from the USPS for an item to be picked up, according to the tracking information from the USPS, Exhibit A

Craig Cunningham Plaintiff, Pro-se

5543 Edmondson Pike ste 248

Nashville, TN 37211

615-348-1977

09/28/2015

2

Case 3:15-cv-00847   Document 35   Filed 10/30/15   Page 2 of 9 PageID #: 163
Case 3:15-cv-00847   Document 299-2   Filed 04/11/19   Page 2 of 9 PageID #: 1605

English    Customer Service    USPS Mobile                                    Register / Sign In





Customer Service ›
Have questions? We're h



Get Easy Tracking Up
Sign up for My USPS.

# USPS Tracking®

Tracking Number: 70150640000638134309

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™   Return Receipt

See tracking for related item: 9590940302175146381506

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| September 20, 2015, 12:53 pm | Departed USPS Facility | NASHVILLE, TN 37230 |

Your item departed our USPS facility in NASHVILLE, TN 37230 on September 20, 2015 at 12:53 pm. The item is currently in transit to the destination.

| September 19, 2015, 12:10 pm | Arrived at USPS Facility | NASHVILLE, TN 37230 |
| --- | --- | --- |
| September 17, 2015, 1:25 pm | Departed USPS Destination Facility | NORTH HOUSTON, TX 77315 |
| September 10, 2015, 5:08 pm | Unclaimed/Max Hold Time Expired | SPRING, TX 77380 |
| August 29, 2015, 3:27 pm | Notice Left (No Authorized Recipient Available) | SPRING, TX 77386 |
| August 28, 2015, 1:44 pm | Arrived at USPS Destination Facility | NORTH HOUSTON, TX 77315 |
| August 27, 2015, 9:33 pm | Arrived at USPS Origin Facility | NTX P&DC |
| August 27, 2015, 12:20 pm | Acceptance | DALLAS, TX 75227 |

## Track Another Package

Tracking (or receipt) number

[ Track It ]

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›

Case 3:15-cv-00847   Document 35   Filed 10/30/15   Page 3 of 9 PageID #: 164
Case 3:15-cv-00847   Document 299-2   Filed 04/11/19   Page 3 of 9 PageID #: 1606
1 of 2                                                                                      9/28/2015 5:19 PM

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| Craig Cunningham | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:15-cv-00847 |
| Enagic et al | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Oscar Christian Kinney
2932 6 Turnbury Village Dr.
Spring, TX 77386

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Craig Cunningham
5543 Edmondson Pike ste 248
Nashville, TN 37211
615-348-1977

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

*CLERK OF COURT*

Date: AUG 2 5 2015

*Signature of Clerk or Deputy Clerk*

## RETURN COPY

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Oscar Christian Kinney**
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: **See Notice, served via CMRRR and service was Refused by the defendant.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **9/28/2015**

Server's signature

**Maricel Forteza**
Printed name and title

**5543 Edmondson Pike Ste 248**
Server's address
**Nashville, TN 37211**

Additional information regarding attempted service, etc:

*Exhibit C*



# Franchise Tax Account Status

As of: 09/28/2015 05:10:48 PM

**This Page is Not Sufficient for Filings with the Secretary of State**

| | THE 7 FIGURE WEALTH CORPORATION |
|---:|:---|
| Texas Taxpayer Number | 32047915551 |
| Mailing Address | 29326 TURNBURY VILLAGE DR C/O CHRISTIAN KINNEY SPRING, TX 77386-7056 |
| Right to Transact Business in Texas | FRANCHISE TAX INVOLUNTARILY ENDED |
| State of Formation | TX |
| Effective SOS Registration Date | 05/09/2012 |
| Texas SOS File Number | 0801593890 |
| Registered Agent Name | OSCAR CHRISTIAN KINNEY |
| Registered Office Street Address | 29326 TURNBURY VILLAGE DR SPRING, TX 77386 |

Case 3:15-cv-00847    Document 35    Filed 10/30/15    Page 6 of 9 PageID #: 167
Case 3:15-cv-00847    Document 299-2    Filed 04/11/19    Page 6 of 9 PageID #: 1609

1 of 1        9/28/2015 5:17 P



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Oscar Christian Kinney
29326 Turnbury Village Dr.
Spring, TX 77386

9590 9403 0217 5146 3815 06

2. Article Number (Transfer from service label)

7015 0640 0006 3813 4309

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**Extremely Urgent**

This envelope is for use with the following services:
- UPS Next Day Air®
- UPS Worldwide Express®
- UPS 2nd Day Air®

Insert shipping documents under window from the top.

Do not use this envelope for:
- UPS Ground
- UPS Standard
- UPS 3 Day Select®
- UPS Worldwide Expedited®

SHIP TO:
US DISTRICT COURT
801 BROADWAY
SHIP CLERK

CRAIG CUNNINGHAM
(615) 348-1977
5543 EDMONDSON PIKE
STE 248
NASHVILLE TN 37211-5808

0.8 LBS   LTR 1 OF
SHP WT: 1 LBS
DATE: 29 OCT 2015

NASHVILLE TN 37203-3871

TN 371 9-02

UPS NEXT DAY AIR SAVER
TRACKING #: 1Z 750 X14 13 4067 3010

1P

P/P

US DISTRICT COURT
801 BROADWAY
NASHVILLE TN 37203-3871

P:WHITE   S:BW2   I:SQU
AMIL - 6072
3010   1500
1Z760X14134067

100% Recycled fiber
80% Post-Consumer

Visit ups.com® or call 1-800-PICK-UPS® (1-800-742-5877) to schedule a pickup or find a drop off location near you.

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

Note: Express Envelopes are not recommended for shipments of electronic containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

for more than 100 years
United Parcel Service.

010195103 4/14 PAC United Parcel Service

