Exhibit C

# AFFIDAVIT FOR SUBSTITUTED SERVICE
UNDER RULE 106/501.2(e)(1)

CASE NO: H-18-3099
Southern Dist of Texas-Brownsville Division
CRAIG CUNNINGHAM

VS.

THE 7 FIGURE WEALTH CORPORATION, ET AL; SMART FINANCIAL CREDIT UNION, ET AL (GARNISHEES)

BEFORE ME the undersigned authority, on this day personally appeared PARNELL SPEED who after being duly sworn, did upon oath state the following:

1. My name is **PARNELL SPEED** : I am a private process server authorized to deliver process in this cause pursuant to court order. I am over the age of eighteen (18) years and am fully competent to testify to the matters stated in this affidavit. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct.

2. On the 03/01/2019 at 11:37 am I was assigned to deliver a copy of the writ of garnishment post-judgement; notice of garnishment; applicants of writs of garnishment notice requirements; order of garnishment upon the defendant Kinney, Oscar Leroy (II)

3. I have made several attempts to obtain personal service of process at the defendant's usual place of abode/business or by delivering by certified mail to the defendant's usual mailing address on the dates and times listed below:

| DATES/TIMES | ADDRESS / RESULTS OF VISIT | Ref# A19206287 |
|---|---|---|
| Friday | 03/01/2019 1:48 pm 20707 SUNDANCE SPRINGS SPRING TX 77379 NOT KNOWN AT ADDRESS GIVEN, MALE SAID HE IS OSCAR KINNEY BUT HE ISN'T A (II) AND SLAMMED THE DOOR IN MY FACE. THERE WERE NO VEHICLES PRESENT AND THE NEIGHBOR AT 20711 DIDN'T RESPOND. | |
| Thursday | 03/07/2019 10:25 am 20707 Sundance Springs Spring TX 77379 PRIVATE RESIDENCE GATED & LOCKED, LEFT DELIVERY NOTICE ON GATE | |
| Saturday | 03/09/2019 9:27 am 20707 Sundance Springs Spring TX 77379 PRIVATE RESIDENCE GATED & LOCKED, LEFT DELIVERY NOTICE ON GATE GATE TO COMMUNITY IS LOCKED NO ONE AVAILABLE TO FOLLOW THROUGH. | |
| Tuesday | 03/12/2019 19:34 pm 20707 Sundance Springs Spring TX 77379 NO RESPONSE AT DOOR, NO VEHICLES; LEFT DELIVERY NOTICE | |
| Monday | 03/18/2019 7:41 am 20707 Sundance Springs Spring TX 77379 NO RESPONSE AT DOOR, NO VEHICLES; LEFT DELIVERY NOTICE | |
| Tuesday | 03/19/2019 2:35 pm 20707 SUNDANCE SPRINGS SPRING TX 77379 NO RESPONSE AT DOOR, NO VEHICLES; LEFT DELIVERY NOTICE. BASED ON THE PICTURE PROVIDED, THE MALE I SPOKE WITH ON 03/01/19 WAS THE CORRECT INDIVIDUAL. | |
| Friday | 03/22/2019 10:23 am 20707 SUNDANCE SPRINGS SPRING TX 77379 I PLACED A CALL TO THE DEFENDANT AT NUMBER 8328785787 TO SCHEDULE DELIVERY AS REQUESTED. I COULDN'T LEAVE A VOICEMAIL BECAUSE HIS INBOX WAS FULL. I DID ALSO TEXT THE DEFENDANT TO ATTEMPT TO SCHEDULE DELIVERY SINCE I COULDN'T LEAVE A VOICEMAIL. | |

I believe the defendant will be given reasonably effective notice of this suit by delivering a true copy of the documents stated in item (2) above to anyone over sixteen years of age at 20707 SUNDANCE SPRINGS SPRING TX 77379 the above address or by attaching it securely to the front entry way at the address, which is the party's usual place of abode or business or any other place where the defendant can probably be found pursuant to the provisions of Rule 106/501.2(e)(1), Texas Rules of Civil Procedure.

My name is PARNELL SPEED, my date of birth is December 11, 1972, and my address is PCP Spring, 1000 FM 1960 Rd West #201B, Houston TX 77090, USA. I declare under penalty of perjury that the foregoing is true and correct. Executed in Harris County, State of Texas, on the;

27th day of MARCH, 2019.

PARNELL SPEED        Declarant
Texas Certification#: PSC-16022 Exp. 11/30/2020

SO#: A19206287
RO#: C19200607
Corporate Mail To Court

AX05A19206287