IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

RECEIVED
SEP 23 2019
U.S. District Court
Middle District of TN

| CRAIG CUNNINGHAM | ) | |
| --- | --- | --- |
| Plaintiff, | ) | Civil Action |
| | ) | |
| v. | ) | No. 3:15-cv-00847 |
| ENAGIC USA, INC., et. al | ) | |
| Defendants | ) | |

## AFFIDAVIT:

1. I, JAMES E. SHELTON, was formerly the Assignee of Record of this judgment.

2. While the Assignee of Record in this case, I attempted to enforce the judgment and receive payment of the amount(s) due on the judgment.

3. Defendant Christian Kinney apparently claims that money was seized from his bank account(s) by either myself or Craig Cunningham.

4. I never received any money from Defendant Kinney's accounts.

5. I never received any money from Defendant Kinney whatsoever.

6. To the best of my knowledge, information, and belief, I do not currently maintain any control over any of Defendant Kinney's bank account(s).

Sworn under penalty of perjury this 18th day of September, 2019

*James E. Shelton*

James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
james@finalverdictsolutions.com

Former Assignee of Record

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| CRAIG CUNNINGHAM<br>Plaintiff, | )<br>)<br>) | Civil Action |
| v. | )<br>) | No. 3:15-cv-00847 |
| ENAGIC USA, INC., et. al<br>Defendants | )<br>)<br>) | |

## CERTIFICATE OF SERVICE:

I, James E. Shelton, do hereby certify that I served copies of the foregoing to the following parties via USPS mail and e-mail

Craig Cunningham
5543 Edmondson Pike Ste 248
Nashville, TN 37211
projectpalehorse@hushmail.com
Plaintiff

&

D. Gil Schuette, Esq.
3322 West End Ave., #200
Nashville, TN 37203
gschuette@simsfunk.com
Attorney for Christian Kinney

Dated: 9/18/2019

*James E. Shelton*

James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
james@finalverdictsolutions.com

Former Assignee of Record